### 1771. ROYAL v. CITY OF DUBLIN.

### 1772. PLUMMER v. CITY OF DUBLIN.

POWELL, J. A bill of exceptions, complaining of a refusal of the judge of the superior court to sanction a certiorari to review a conviction in a municipal court, should be served upon the municipality, or its attorney, and not upon the solicitor-general of the circuit. *McDonald* v. *Town of Ludowici,* 3 *Ga. App.* 654 (60 S. E. 337).      *Writs of error dismissed.*

Practice in Court of Appeals.

Submitted April 13,—Decided April 15, 1909.

*Hal B. Wimberly,* for plaintiffs in error.

*E. D. Graham, solicitor-general, Earl Camp,* contra.

---

### 1790. WIMPEY v. MAYOR AND COUNCIL OF GAINESVILLE.

POWELL, J. In order for this court to review the refusal of the judge of the superior court to sanction a certiorari, the petition for certiorari must be incorporated in the bill of exceptions, or otherwise verified as a part thereof by the trial judge. An unsanctioned petition can not be specified as a part of the record. *Clark* v. *Deal,* 4 *Ga. App.* 326 (61 S. E. 295); *Hall* v. *State,* 2 *Ga. App.* 437 (58 S. E. 558).

                                   *Writ of error dismissed.*

Practice in Court of Appeals.

Submitted April 13,—Decided April 15, 1909.

*B. P. Gaillard,* for plaintiff in error.

---

### 1113. HOLLOWAY v. MACON GAS LIGHT & WATER COMPANY.

POWELL, J. The Supreme Court having held, in answer to a question certified by this court, that the petition was subject to general demurrer (132 *Ga.* 387), the judgment of the trial court is      *Affirmed.*

Action for damages, from city court of Macon—Judge Hodges. March 23, 1908.

Argued June 10, 1908.—Decided May 4, 1909.

*T. J. Cochran, Hall & Hall,* for plaintiff.

*N. E. & W. A. Harris,* for defendant.